ACCEPTED
01-17-00882-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/20/2018 2:21 PM
CHRISTOPHER PRINE
CLERK

No. 01-17-00882-CV

_____

COURT OF APPEALS
FIRST JUDICIAL DISTRICT OF TEXAS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/20/2018 2:21:13 PM
CHRISTOPHER A. PRINE
Clerk

_____

MICHAEL FALLON, M.D.,
Appellant,

v.

THE UNIVERSITY OF TEXAS MD ANDERSON PHYSICIAN'S
NETWORK AND WILLIAM HYSLOP, AS PRESIDENT AND CHIEF
EXECUTIVE OFFICER OF THE UNIVERSITY OF TEXAS MD ANDERSON
PHYSICIAN'S NETWORK,
Appellees.

_____

**APPELLANT'S UNOPPOSED
MOTION TO EXTEND TIME TO FILE OPENING BRIEF**

_____

On Appeal from the 151st District Court
of Harris County, Texas
Trial Court No. 2017-36113
Judge Mike Engelhart, Presiding

_____

Bill Cobb
 State Bar No. 00796372
Matthew Ploeger
 State Bar No. 24032838
Jenny Lee Smith
 State Bar No. 24079357
Cobb & Counsel
401 Congress Avenue, Suite 1540
Austin, Texas 78701
512.693.7570 (v)
512.687.3499 (f)

*Attorneys for Appellant*

Appellant Dr. Michael Fallon respectfully requests an extension of thirty days to file his Opening Brief. *See* TEX. R. APP. P. 10.5(b), 38.6(a). Appellant supports his motion with the following:

1.     The Clerk's Record in this matter was filed on February 21, 2018.

2.     On February 22, 2018, this Court provided notice that Dr. Fallon's brief was due within thirty days, or no later than March 26, 2018.

3.     Thus, Dr. Fallon's Opening Brief is currently due March 26, 2018.

4.     Appellant Dr. Fallon respectfully requests an extension of thirty days to file his Opening Brief. If this motion is granted, Dr. Fallon's Opening Brief would be due on **April 25, 2018**.

5.     Good cause supports this request. Specifically, Appellant relies on the following facts to reasonably explain the need for an extension. Attorneys for Appellant are involved in other matters with deadlines that fall before or near March 26, 2018. Some of the causes and deadlines facing Appellant's counsel are:

   a.   Reply Brief Deadline, March 19, 2018, *GS Texas Ventures, LLC v. Public Utility Commission of Texas*, Cause No. D-1-GN-17-001526, proceeding in Travis County District Court.

   b.   Settlement conference for an administrative, licensing matter on March 22, 2018.

c. Discovery service deadline, March 21, 2018, *Dagins v. Farmers New World Life Insurance Company*, Cause No. 2016-76356, proceeding in Harris County District Court.

d. Mediation, March 27, 2018, *Dagins v. Farmers New World Life Insurance Company*, Cause No. 2016-76356, proceeding in Harris County District Court.

e. Initial Disclosure Deadline, March 15, 2018, *L.A. Gem and Jewelry Design, Inc. v. JF Collections, Inc., et al.*, Cause No. 2:17-CV-06538-RAO, proceeding in the United States District Court, Central District of California.

6. This extension is not sought for delay, but rather to allow counsel sufficient time to prepare a brief that is as helpful as possible to this Court.

7. This is Appellant's first request for an extension of time.

8. Appellees do not oppose this motion.

**PRAYER**

For these reasons, Appellant respectfully moves this Court to grant the motion to extend time and allow it an additional thirty days—**to and including April 25, 2018**—to file his Opening Brief. Appellant also requests all other relief to which he may be entitled.

Respectfully submitted,

/s/ Bill Cobb
Bill Cobb
  State Bar No. 00796372
Matthew Ploeger
  State Bar No. 24032838
Jenny Lee Smith
  State Bar No. 24079357
COBB & COUNSEL
401 Congress Avenue, Suite 1540
Austin, Texas 78701
512.693.7570 (v)
512.687.3499 (f)
bill@cobbxcounsel.com
matthew@ploegerlaw.com
jenny@cobbxcounsel.com

**Attorneys for Appellant**
**Michael Fallon, M.D.**

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Staci Wilson via email, and she is unopposed to Appellant's Unopposed Motion to Extend Time to File Brief.

/s/ Jenny Lee Smith
Jenny Lee Smith

4

**CERTIFICATE OF SERVICE**

I hereby certify that I served a true and correct copy of this Appellant's Motion to Extend Time to File Brief on all counsel of record on March 20, 2018, as listed below:

Richard F. Whiteley
Stacianne M. Wilson
BRACEWELL LLP
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 223-2300 – Telephone
(713) 221-1212 – Facsimile
Richard.Whiteley@bracewelllaw.com
Staci.Wilson@ bracewelllaw.com

**ATTORNEYS FOR APPELLEES**

*/s/ Bill Cobb*
Bill Cobb